IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Kemp Carter

                : CHAPTER 13

   Debtor

                : NO. 23-10041amc

**ORDER**

AND NOW, this ___ day of _____, 2023, it is hereby ORDERED that the Motion to Extend Automatic Stay is GRANTED . The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court.

**Date: February 1, 2023**

_____
                                                      J.