*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kemp N. Carter
    Debtor(s)

Case No: 23–10041–amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the first installment payment in the amount of $80.00.

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 4/19/23

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Timothy B. McGrath
Clerk of Court

Dated: March 31, 2023

27
Form 175