UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13

    Kemp N. Carter | Bankruptcy No.23-10041-AMC

          Debtor |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 1st day of May, 2023, by first class mail upon those listed below:

Kemp N. Carter
2655 S. Massey St.
Philadelphia, PA  19142

**Electronically via CM/ECF System Only:**

SHARON S MASTERS ESQ
THE LAW OFFICE OF SHARON S MASTERS
132 OVERLEAF DR
THORNDALE, PA  19372

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee