United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-10041-amc
Kemp N. Carter  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jun 28, 2023     Form ID: pdf900     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kemp N. Carter, 2655 S. Massey St., Philadelphia, PA 19142-2128 |
| 14747003 | + | BRIAN CRAIG NICHOLAS, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14747000 | | PECO Energy, c/o Southwest Credit, 4129 International Pkwy, Ste. 1100, Carrollton, TX 75007 |
| 14752735 | + | The Bank of New York Mellon, as Trustee for CWABS, Inc., c/o Michael Farrington, Esq., 701 Market St., Ste 5000, Phila., PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 29 2023 00:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2023 00:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14747002 | | Email/Text: megan.harper@phila.gov | Jun 29 2023 00:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14747001 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2023 00:53:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 14746999 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 29 2023 00:53:00 | Nationwide Insurance, c/o Credit Collection, POB 607, Norwood, MA 02062-0607 |
| 14747223 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2023 00:55:30 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14747068 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2023 00:54:27 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14747005 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2023 01:06:15 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14746996 | ^ | MEBN | Jun 29 2023 00:46:32 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14746997 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 29 2023 00:53:00 | Progressive, c/o Credit Collection, POB 607, Norwood, MA 02062-0607 |
| 14746998 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 29 2023 00:53:00 | Selective Portfolio, 3815 South West Temple St., Salt Lake City, UT 84115 |
| 14765991 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 29 2023 00:53:00 | The Bank of New York Mellon at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 28, 2023 | Form ID: pdf900 | Total Noticed: 17 |

14747004         Email/Text: BKSPSElectronicCourtNotifications@spservicing.com
                                                  Jun 29 2023 00:53:00     The Bank of New York Mellon, Trustee, et al, c/o
                                                                            Select Portfolio Servicing, Inc., P.O. Box 65250,
                                                                            Salt Lake City, UT 84165-0250

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:

**Name**           **Email Address**

BRIAN CRAIG NICHOLAS
                   on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2007-2
                   bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

MARK A. CRONIN
                   on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2007-2
                   bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
                   on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2007-2
                   mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
                   ECFMail@ReadingCh13.com

SHARON S. MASTERS
                   on behalf of Debtor Kemp N. Carter shmasters@hotmail.com G65312@notify.cincompass.com

United States Trustee
                   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Kemp N. Carter<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 23-10041-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED and Debtor is barred from filing bankruptcy, either individually or jointly with a spouse under any section of the code, without prior leave of Court FOR A PERIOD OF ONE YEAR.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 28, 2023**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE