**Kemp**

**Sharon S. Masters <shmasters@hotmail.com>**

Tue 11/28/2023 12:43 PM

To:Sharon S. Masters <shmasters@hotmail.com>

```
A-TEAM HOME CARE INC           1407-2988
2 Park Lane                    ORG1:300 Personal Care
Ste 106
Feasterville Trevose PA 19053  EE ID: 01482        DD
```

*Payrolls by Paychex, Inc.*

**NON-NEGOTIABLE**

KEMP N CARTER
2655 S MASSEY ST
PHILADELPHIA PA  19142

**NON-NEGOTIABLE**

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Kemp N Carter | | | Hourly | 80.0000 | 13.5000 | 1080.00 | 80.0000 | 1080.00 |
| 2655 S Massey St | | | Training | 1.0000 | 7.2500 | 7.25 | 1.0000 | 7.25 |
| Philadelphia, PA  19142 | | | Overtime | 23.7500 | 20.2500 | 480.94 | 23.7500 | 480.94 |
| **Employee ID:** 01482 | | | COVHazPay2 | | | 80.00 | | 80.00 |
| | | | **Total Hours** | 104.7500 | | | 104.7500 | |
| **Home Department:** 300 Personal Care | | | **Total Hrs Worked** | 104.7500 | | | | |
| | | | **Gross Earnings** | | | 1648.19 | | 1648.19 |
| **Pay Period:** 10/29/23 to 11/11/23 | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | CURRENT ($) | | YTD ($) |
| **Check Date:** 11/17/23   **Check #:** 15849 | | | Social Security | | | 102.19 | | 102.19 |
| NET PAY ALLOCATIONS | | | Medicare | | | 23.90 | | 23.90 |
| | | | PA Income Tax | | | 50.60 | | 50.60 |
| DESCRIPTION   THIS PERIOD ($)   YTD ($) | | | PA Unemploy | | | 1.15 | | 1.15 |
| Check Amount        0.00          0.00 | | | PA LLSOU-Buc L | | | 10.00 | | 10.00 |
| Chkg 453         1398.54       1398.54 | | | PA PHILA-Phi Inc | | | 61.81 | | 61.81 |
| **NET PAY**      **1398.54**   **1398.54** | | | **TOTAL** | | | **249.65** | | **249.65** |





Best, Sharon Masters