**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Kemp Carter | ) Chapter 13 |
| | ) Bankruptcy No. 23-10041 |
| Debtor(s) ) | |

**ORDER**

AND NOW, this 30th day of Nov. 2023, it is hereby ordered that the Motion to Vacate Dismissal Order and Reinstate Case is DENIED for reasons stated on the record.

_____
Ashely M. Chan
U.S. Bankruptcy Judge