United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10041-amc |
| Kemp N. Carter | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 30, 2023 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kemp N. Carter, 2655 S. Massey St., Philadelphia, PA 19142-2128 |
| 14747003 | + | BRIAN CRAIG NICHOLAS, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14747000 | | PECO Energy, c/o Southwest Credit, 4129 International Pkwy, Ste. 1100, Carrollton, TX 75007 |
| 14752735 | + | The Bank of New York Mellon, as Trustee for CWABS, Inc., c/o Michael Farrington, Esq., 701 Market St., Ste 5000, Phila., PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 01 2023 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 01 2023 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14747002 | | Email/Text: megan.harper@phila.gov | Dec 01 2023 00:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14747001 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 01 2023 00:34:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 14746999 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 01 2023 00:34:00 | Nationwide Insurance, c/o Credit Collection, POB 607, Norwood, MA 02062-0607 |
| 14747223 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 01 2023 00:39:21 | Orion, c/o PRA Receivables Managment, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14747068 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 01 2023 00:39:17 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14747005 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 01 2023 00:39:13 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14746996 | ^ | MEBN | Dec 01 2023 00:28:19 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14746997 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 01 2023 00:34:00 | Progressive, c/o Credit Collection, POB 607, Norwood, MA 02062-0607 |
| 14746998 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 01 2023 00:34:00 | Selective Portfolio, 3815 South West Temple St., Salt Lake City, UT 84115 |
| 14765991 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 01 2023 00:34:00 | The Bank of New York Mellon at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

Case 23-10041-amc   Doc 66   Filed 12/02/23   Entered 12/03/23 00:32:43   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 30, 2023 | Form ID: pdf900 | Total Noticed: 17 |

| 14747004 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
|---|---|---|---|
| | | Dec 01 2023 00:34:00 | The Bank of New York Mellon, Trustee, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2007-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2007-2 bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2007-2 mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHARON S. MASTERS | on behalf of Debtor Kemp N. Carter shmasters@hotmail.com G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Kemp Carter                                      ) Chapter 13

                                                                                                   ) Bankruptcy No. 23-10041

                      Debtor(s) )

**ORDER**

AND NOW, this 30th day of Nov. 2023, it is hereby ordered that the Motion to Vacate Dismissal Order and Reinstate Case is DENIED for reasons stated on the record.

_____
Ashely M. Chan
U.S. Bankruptcy Judge